# IN THE SUPREME COURT OF ALABAMA



May 24, 2024

**SC-2022-0863**

David Roberson and Anna Roberson v. Drummond Company, Inc. (Appeal from Jefferson Circuit Court: CV-19-901210).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on May 23, 2024:

**APPLICATION OVERRULED. NO OPINION.** Parker, C.J. -- Mendheim and Stewart, JJ., concur. Baschab and Welch, Special Justices, concur. Lyons and Main, Special Justices, dissent. Shaw, Wise, Bryan, Sellers, Mitchell, and Cook, JJ., recuse themselves.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on February 9, 2024:

**AFFIRMED.** Parker, C.J. -- Mendheim and Stewart, JJ., and Baschab and Welch, Special Justices, concur. Lyons, Special Justice, concur in part and dissent in part as to the rationale and dissent from the judgment, with opinion, joined by Main, Special Justice. Shaw, Wise, Bryan, Sellers, Mitchell, and Cook, JJ., recuse themselves.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**